James Fuccillo, Respondent, *v.* James J. Maxwell et al., Individually and as Copartners under the Firm Name of John Maxwell's Sons, Appellants.

(Submitted October 15, 1931; decided November 17, 1931.)

*James F. Nugent* for appellants.

*Milton Speiser* and *Joseph Speiser* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.